UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
_____

**NORTH CENTRAL STATES REGIONAL**
**COUNCIL OF CARPENTERS' PENSION FUND,**
**NORTH CENTRAL STATES REGIONAL**
**COUNCIL OF CARPENTERS' HEALTH FUND,**
**NORTH CENTRAL STATES REGIONAL**
**COUNCIL OF CARPENTERS' VACATION FUND,**
**NORTH CENTRAL STATES REGIONAL**
**COUNCIL OF CARPENTER' APPRENTICESHIP**
**& JOURNEYMAN TRAINING FUND, LABOR**
**MANAGEMENT COOPERATION TRUST FUND,**
**and BRIAN GENTRY,**

**CONTRACT ADMINISTRATION FUND,**
**NORTH CENTRAL STATES REGIONAL**
**COUNCIL OF CARPENTERS,**

**WISCONSIN LABORERS HEALTH FUND,**
**WISCONSIN LABORERS PENSION FUND,**
**and THOMAS FISHER,**

       **Plaintiffs,**

**vs.**                                                              **Case No. 08-cv-476-bbc**

**TROMBA HANSON ENTERPRISES, INC.,**
**and MICHAEL HANSON,**

       **Defendants.**
_____

**ENTRY OF DEFAULT**
_____

Plaintiff requests that the Clerk of Court enter default against defendants Tromba Hanson Enterprises, Inc., and Michael Hanson pursuant to Federal Rule of Civil Procedure 55(a).  It appearing from the record that defendants have failed to appear, plead or otherwise defend, the default of defendants Tromba Hanson Enterprises, Inc. and Michael Hanson is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 29th day of August, 2008.

                                                        s/Joel W. Turner
                                                       Acting Clerk of Court