UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS' PENSION FUND,
NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS HEALTH FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' VACATION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' APPRENTICESHIP &
JOURNEYMAN TRAINING FUND, LABOR MANAGEMENT
COOPERATION TRUST FUND, and BRIAN GENTRY,

CONTRACT ADMINISTRATION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS,

WISCONSIN LABORERS HEALTH FUND,
WISCONSIN LABORERS PENSION FUND, and
THOMAS FISHER,

      Plaintiffs,

vs.

                  Case No. 08-C-476

TROMBA HANSON ENTERPRISES, INC.,
and MICHAEL HANSON,

      Defendants.

## ORDER FOR JUDGMENT

Request and application for default judgment brought by the plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly

rendered, orders as follows:

1. Defendants Tromba Hanson Enterprises, Inc. and Michael Hanson have failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2. Tromba Hanson Enterprises, Inc. and Michael Hanson violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreements by failing to pay fringe benefit contributions on behalf of their employees to the plaintiff funds.

3. As a result of Defendants' failure, Plaintiffs are entitled to damages consisting of liquidated damages, interest, attorney fees and costs.

4. The court assesses the total damages to the plaintiffs in the sum of $12,266.94.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of plaintiffs, North Central States Regional Council of Carpenters' Pension Fund, North Central States Regional Council of Carpenters Health Fund, North Central States Regional Council of Carpenters' Vacation Fund, North Central States Regional Council of Carpenters' Apprenticeship & Journeyman Training Fund, Labor Management Cooperation Trust Fund, and Brian Gentry, Contract Administration Fund, North Central States Regional Council Of Carpenters, Wisconsin Laborers Health Fund, Wisconsin Laborers Pension Fund, and Thomas Fisher, and against defendants Tromba Hanson Enterprises, Inc. and Michael Hanson in the amount of $12,266.94 together with interest at the rate allowed by law.

Dated this 29th day of October, 2008.

BY THE COURT

/s/ Barbara B. Crabb
U. S. District Court Judge