UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS' PENSION FUND,
NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS HEALTH FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' VACATION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' APPRENTICESHIP &
JOURNEYMAN TRAINING FUND, LABOR MANAGEMENT
COOPERATION TRUST FUND, and BRIAN GENTRY,

CONTRACT ADMINISTRATION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS,

WISCONSIN LABORERS HEALTH FUND,
WISCONSIN LABORERS PENSION FUND, and
THOMAS FISHER,

          Plaintiffs,

vs.

                                      Case No. 08-C-476

TROMBA HANSON ENTERPRISES, INC.,
and MICHAEL HANSON,

          Defendants.

---

ENTRY OF JUDGMENT ON THE DECISION BY THE COURT

---

    This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

    **IT IS ORDERED AND ADJUDGED** that the plaintiffs, North Central States Regional Council of Carpenters' Pension Fund, North Central States Regional Council

of Carpenters Health Fund, North Central States Regional Council of Carpenters' Vacation Fund, North Central States Regional Council of Carpenters' Apprenticeship & Journeyman Training Fund, Labor Management Cooperation Trust Fund, and Brian Gentry, Contract Administration Fund, North Central States Regional Council of Carpenters, Wisconsin Laborers Health Fund, Wisconsin Laborers Pension Fund, and Thomas Fisher, recover from the defendants Tromba Hanson Enterprises, Inc. and Michael Hanson the sum of $12,266.94 with interest thereon at the rate that is provided by law.

Dated at Madison, Wisconsin, this 29th day of October, 2008.

_____
Clerk of Court

_____
Deputy Clerk

Approved as to form this 29th day of October, 2008.

_Barbara B. Crabb_
U. S. District Court Judge